# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| JIMMY COTTRELL, *et al.*, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Case No. 4:23-CV-00013-JHM-HBB |
| TRIPLE J TRUCKING, INC., *et al.*, | ) ) ) |
| Defendants | ) ) |

### AFFIDAVIT OF TERESA JONES

Comes the Affiant, Teresa Jones, and after first being duly sworn, states as follows:

1. My name is Teresa Jones and I am over the age of eighteen. I am the Vice President of Triple J Trucking, Inc. ("Triple J").

2. I have personal knowledge of the statements made in this Affidavit.

3. Since January 1, 2019 through February 28, 2023, Triple J has employed a total of 34 drivers. However, not all 34 worked for Triple J at the same time or for the entirety of those five years.

4. Some of the business of Triple J involves transportation of goods out-of-state, and its drivers can be reasonably expected to transport goods out-of-state as part of their duties.

Further Affiant sayeth naught.

*/s/ Teresa Jones*
TERESA JONES, Affiant

COMMONWEALTH OF KENTUCKY   )
                            ) ss
COUNTY OF __Muhlenberg__    )

Subscribed and sworn to before me by Teresa Jones this 29th day of March, 2023.

My Commission expires: __Oct. 8, 2026__

_Kathy W Kinson_
Notary Public, Kentucky State at Large
ID # KYNP 57120

4866-5711-6506, v. 1