# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

| | | |
|---|---|---|
| JIMMY COTTRELL, | ) | |
| DAVID MEFFORD, and | ) | **PROPOSED COLLECTIVE ACTION** |
| SHAWN SIMMONS, | ) | **UNDER FLSA** |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | CASE NO.  4:23-CV-13-RGJ-HBB |
| v. | ) | |
| | ) | |
| TRIPLE J TRUCKING, INC., | ) | |
| TERESA JONES, ROBERT GRANT | ) | |
| JONES and STEVEN JONES, | ) | **JURY DEMANDED** |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## AGREED ORDER OF DISMISSAL

It appearing to the Court by the signatures of counsel below that the parties agree this matter should be dismissed, it is hereby ORDERED that this matter is dismissed, with prejudice. The parties shall each bear their own attorney's fees, except as provided otherwise by agreement.

March 20, 2025

Rebecca Grady Jennings, District Judge
United States District Court

**APPROVED FOR ENTRY:**

Hon. Cynthia L. Effinger (KBA #87298)
McBRAYER PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
(502) 327-5400
ceffinger@mcbrayerfirm.com

and

Hon. Jason R. Hollon (KBA #96148)
McBRAYER PLLC
201 East Main Street, Suite 900
Lexington, Kentucky 40507
(859) 231-8780
jhollon@mcbrayerfirm.com

BY:   */s/ Cynthia L. Effinger w. permission by Mark N. Foster*
CYNTHIA L. EFFINGER
*Counsel for Defendants*

and

Mark N. Foster
P.O. Box 869
Madisonville, Kentucky 42431
(270) 213-1303
MFoster@MarkNFoster.com

BY:   */s/ Mark N. Foster*
Mark N. Foster
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated on the Court's CM/ECF notice of filing, this document was filed through the Court CM/ECF filing system.

/s/ Mark N. Foster